IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE J. LEBOUEF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv213-CSC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On February 15, 2007, the plaintiff filed an application for attorney fees pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d).  (Doc. # 16).  Upon consideration of the plaintiff's application, and for good cause, it is

ORDERED that on or before March 5, 2008, the opposing party shall show cause why the motion should not be granted.

Done this 19th day of February 2008.

                /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE