IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE J. LEBOUEF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv213-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On February 15, 2008, the plaintiff filed an application for attorney fees pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d). (Doc. # 16). The defendant does not object to the amount of requested. Accordingly, it is

ORDERED AND ADJUDGED that the application for attorney's fees be and is hereby GRANTED and the plaintiff be and is hereby AWARDED fees in the amount of $4,281.25.

Done this 7th day of March, 2008.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE